IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON MCKENZIE, | 1:12-cv-00723-AWI-GSA (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS NUNC PRO TUNC |
| vs. | |
| HECTOR RIOS, JR., | |
| Respondent. / | (DOCUMENT #14) |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241. On July 31, 2012, Respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Inasmuch as Respondent filed its answer to the petition for writ of habeas corpus on July 31, 2012, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondent's motion to extend time is GRANTED NUNC PRO TUNC.

IT IS SO ORDERED.

Dated:  **August 13, 2012**          /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE